**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff,<br>v.<br>Daniel Fernando HENAO-Nino, Defendants. | Case No.: 26MJ8840<br><br>**INFORMATION**<br><br>Title 8, U.S.C., § 1325(a)(1) – Attempted Improper Entry by an Alien (Misdemeanor); |

The United States Attorney charges:

On or about September 2, 2026, within the Southern District of California, the defendant, Daniel Fernando HENAO-Nino, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers and committed an overt act, namely, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense; all in violation of Title 8, United States Code, Section 1325(a)(1), a misdemeanor.

Dated: 09/09/2026.

ADAM GORDON
United States Attorney

*Matthew Ferraro*
Matthew Ferraro
Assistant U.S. Attorney

MJF:9/3/2026